25cr49 DSD/JFD

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| v. | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 851 |
| JEREMY JOSEPH HUNT, | ) | 21 U.S.C. § 853 |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
### (Conspiracy to Distribute Methamphetamine)

Beginning in or around November 2024 and continuing through on or about January 5, 2025, in the State and District of Minnesota, the defendant,

**JEREMY JOSEPH HUNT**,

did knowingly and intentionally conspire with others known and unknown to the grand jury to distribute a controlled substance, specifically 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

## NOTICE OF PRIOR CONVICTION

Before committing the offense charged at Count 1 of this Indictment, the defendant **JEREMY JOSEPH HUNT** was convicted in the District of Minnesota of conspiracy to distribute methamphetamine, a serious drug felony

SCANNED
FEB 1 9 2025
U.S. DISTRICT COURT MPLS

U.S. v. Jeremy Joseph Hunt

punishable by a term of imprisonment of ten or more years, which had become final and for which he served more than twelve months of imprisonment, and from which he was released within fifteen years from the date of the instant offense. *See United States v. Jeremy Joseph Hunt*, Crim. No. 14-314(4) (RHK/JSM). As a result of that conviction, defendant **JEREMY JOSEPH HUNT** is subject to increased punishment under 21 U.S.C. § 851.

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853(a).

If convicted of Count 1 of this Indictment, the defendant,

**JEREMY JOSEPH HUNT,**

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any and all property constituting, or derived from, any proceeds the defendants obtained directly or indirectly as a result of said violations, and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of said violations.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

U.S. v. Jeremy Joseph Hunt

A TRUE BILL

_____    _____
ACTING UNITED STATES ATTORNEY    FOREPERSON