UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No. 25-cr-49 (DSD/JFD) |
| v. | **BRIEFING ORDER** |
| JEREMY JOSEPH HUNT, | |
| Defendant. | |

---

This matter is before the Court on Mr. Hunt's Motion for Extension of Time to File his Memorandum in support of his First Motion to Suppress (Dkt. No. 45) and his Motion for Extension of Time to File Pretrial Motions (Dkt. No. 46). Because Mr. Hunt has shown good cause for these extensions and the United States has not yet filed any opposition to the motions, they are granted. The Court will take the motions under advisement on the papers as of the date that the United States submits its response. The motions include a motion for a hearing pursuant to *Franks v. Delaware*, 438 U.S. 154 (1978). Before a *Franks* hearing is convened, the Court must determine whether Mr. Hunt has made a "substantial preliminary showing" of falsity or reckless disregard for the truth on the part of the warrant affiant and whether the warrant affidavit, re-read with the false or reckless statements omitted, no longer supplies probable cause. *Id*. at 155. The Court will decide those two preliminary questions on the papers. If a *Franks* hearing is justified, one will be convened at a later date. After that decision, the Court will issue an amended Pretrial Scheduling and Litigation Management Order with input from the parties.

Upon review of the motions and based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. Mr. Hunt's Motion for Extension of Time to File his Memorandum in Support of his First Motion to Suppress (Dkt. No. 45) is **GRANTED**.

    a. Deadlines related to Mr. Hunt's First Motion to Suppress are **STAYED** pending resolution of the Second Motion to Suppress.

2. Mr. Hunt's Motion for Extension of Time to File Pretrial Motions (Dkt. No. 46) is **GRANTED**.

    a. Mr. Hunt's Motion to Suppress and for a *Franks* Hearing is accepted as filed at Docket Number 47.

    b. The United States will file a response to Mr. Hunt's Motion to Suppress and for a *Franks* Hearing (Dkt. No. 47) by November 20, 2025.

3. The time between October 31, 2025 and the Court's decision as to the appropriateness of a *Franks* hearing is excluded from the Speedy Trial Act calculations in this case, pursuant to 18 U.S.C. § 3161(h)(1)(D) (excluding time "resulting from any pretrial motion, from the filing of the motion through the … prompt disposition of such motion.").

Date: November 6, 2025

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge