```
            UNITED STATES DISTRICT COURT
               DISTRICT OF MINNESOTA
            CRIMINAL NO. 25-49 (DSD/JFD)
```

UNITED STATES OF AMERICA,

Plaintiff,

v.                               **ORDER OF DISMISSAL**

JEREMY JOSEPH HUNT,

Defendant.

IT IS HEREBY ORDERED that pursuant to Fed. R. Crim. P. 48(a), the United States' motion for dismissal [ECF No. 55] is granted, and the charge alleged against defendant in the Indictment in this matter is dismissed without prejudice.

Dated: January 26, 2026

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court